IN THE UNITED STATES DISTRICT COURT
FORTHE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DARRYL ELLIS, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) CASE NO. 2:00-cv-1017-WHA |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondents. | ) |

## **ORDER**

Upon consideration of the Recommendation of the Magistrate Judge (Doc. #10) and Petitioner's objections thereto (Doc. #11), the court has conducted an independent evaluation and *de novo* review of the file and finds the objection to be without merit. The court agrees with the findings of the Magistrate Judge and, it is hereby ORDERED as follows:

1. Petitioner's objection is OVERRULED.

2. The court ADOPTS the Recommendation of the Magistrate Judge.

3. Petitioner's Motion for Relief from Judgment of Sentence (Doc. #1) is DISMISSED because Petitioner has failed to obtain the requisite order from the Eleventh Circuit Court of Appeals authorizing this court to consider a successive § 2255 motion.

4. This case is DISMISSED without prejudice.

DONE this 14th day of July, 2016.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE